# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GANESH RAMACHANDRAN IYER § § § *Petitioner,* § § VS. § MORGAN STANLEY SMITH § BARNEY & SALLY ANN REAGAN § § *Respondents.* § | C.A. No. 4:19-CV-00233 |

## ORDER

On this date came onto be considered Petitioner Ganesh Ramachandran Iyer's Notice to Dismiss this action pursuant to FED. R. CIV. P. 41.

ORDERED that this action is dismissed without prejudice to the parties.

Dated: June 11, 2019

_____
UNITED STATES DISTRICT JUDGE